IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MCCALL LAW FIRM, PLLC, on behalf of itself and all other entities and persons similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>CRYSTAL QUEEN, INC., d/b/a  )<br>CRYSTAL TRAINING; and  )<br>RUDOLF GALAN; and  )<br>ADRIANA GALAN; and  )<br>JOHN DOES 1-10, intending to refer to  )<br>those persons, corporations, or other legal  )<br>entities that acted as agents, consultants,  )<br>independent contractors or representatives,  )<br>)<br>Defendants.  ) | Case No.: 4:15-CV-737 KGB<br>JURY DEMANDED<br>Judge Baker |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST SEPARATE DEFENDANTS RUDOLF GALAN AND ADRIANA GALAN AND FOR ENTRY OF FINAL JUDGMENT AGAINST ALL DEFENDANTS.

Comes now, the Plaintiff, by and through undersigned counsel, and hereby files this Motion for Default and Final Judgment for those reasons set out in this Court's Orders of September 28, 2018 (Dkt. No. 70) and those set out in the subsequent status reports filed by the Plaintiff with this Court on April 18, 2019 (Dkt. No. 86) and May 17, 2019 (Dkt. No. 87), all of which are incorporated herein by Reference.

As clearly evidenced by the Record in this case, the Corporate defendant has refused to appear through counsel despite this Court's repeated admonishments that continued refusal to do so as required by law would result in entry of the default judgment ultimately filed by the Clerk of this Court on September 28, 2018 (Dkt. No. 71). As also clearly evidenced by the record in this case, the individual defendants, who are the sole owners and proprietors of the defaulted corporate

defendant, provided this Court and their prior counsel false information regarding a valid address at which they could be served if this Court allowed the withdrawal of their counsel of record (*See* Dkt. No. 61) and did so in direct contravention of this Court's October 10, 2017 Order. (Dkt. No. 58).  Thereafter the individual defendants have fled and/or evaded all further service attempts by both Plaintiff and this Court at this or any other address as evidenced by the Record.

Therefore, pursuant to Fed. R. Civ. P. 16(f)(1)(C) and Fed. R. Civ. P. 37(b)(2)(A)(vi), as well as pursuant to the inherent authority vested in this Court to enforce it orders related to the pre-trial conduct of the parties before this Court and sanction those parties for noncompliance, requests entry of Default Judgement against the individual Defendants Rudolf Galan and Adriana Galan, and entry of final judgement, jointly and severally, against all Defendants in this matter.  Plaintiff requests such final judgment in the proscribed statutory amount of $1,500.00 for knowing violations of the TCPA as alleged in the Complaint in this matter.

In addition, given that incredibly substantial attorney time has been invested in this case because its putative nationwide class nature that cannot now be realized because of Defendants' misconduct and attempt to flee the jurisdiction of this Court, Plaintiff seeks an award of attorney's fees pursuant to the mandate of Fed. R. Civ. P. 16(f)(2) in the amount of $137,463.76  and reimbursement of costs expended in the amount of $1,773.89 based upon the Declarations of Joe P. Leniski of Branstetter Stranch & Jennings, LLP (Ex. A)  and James A. Streett of the Streett Law Firm, P.A. (Ex. B) regarding the attorney time and expenses incurred over the four years this case has been actively prosecuted.

Although recovery of any of the forgoing sums is, to be perfectly candid, unlikely given the inability of Plaintiff, despite its best efforts and despite the aid of Canadian law enforcement and private investigators, to locate the Defendants subsequent to their (thus far successful)

absconding, the forgoing represents a meaningful attempt to hold these Defendants accountable for their misconduct while at the same time nonetheless closing this case in recognition of Plaintiff and the Court's inability to further locate Defendants.

DATED: June 6, 2019              Respectfully Submitted,

>/s/ Joe P. Leniski, Jr.
> Joe P. Leniski, Jr. (TN Bar No. 22891)(PHV)
> BRANSTETTER, STRANCH &
> JENNINGS, PLLC
> 223 Rosa L. Parks Ave., Suite 200
> Nashville, Tennessee 37203
> (615) 254-8801
> joeyl@bjsfirm.com
>
> Alex G. Streett (65038)
> James A. Streett (2007092)
> STREETT LAW FIRM, P.A.
> 107 West Main
> Russellville, AR 72801
> (479) 968-2030
> Alex@StreettLaw.com
> James@StreettLaw.com
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing document has been sent this date, June 6, 2019, via U.S. Mail to the following:

Mr. Rudolf Galan
Ms. Adriana Galan
85024-1250 Main Street
Stittsville, ON Canada
K2S 1X6

Crystal Queen, Inc. d/b/a Crystal Training
c/o Mr. Rudolf Galan
 85024-1250 Main Street
Stittsville, ON Canada
K2S 1X6

>*/s/ Joe P. Leniski, Jr.*
>Joe P. Leniski, Jr.