### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| MCCALL LAW FIRM, PLLC, on behalf of itself and all other entities and persons similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br> )<br>CRYSTAL QUEEN, INC., d/b/a )<br>CRYSTAL TRAINING; and )<br>RUDOLF GALAN; and )<br>ADRIANA GALAN; and )<br>JOHN DOES 1-10, intending to refer to )<br>those persons, corporations, or other legal )<br>entities that acted as agents, consultants, )<br>independent contractors or representatives, )<br> )<br>Defendants. ) | Case No.: 4:15-CV-737 KGB<br>**JURY DEMANDED**<br>Judge Baker |

### NOTICE OF PLAINTIFF'S NON-OBJECTION TO DIMSISAL OF JOHN DOE DEFENDANTS AND CONSENT TO ENTRY OF COURT'S PROPOSED DEFAULT JUDGMENT

Comes now, the Plaintiff, by and through undersigned counsel, and hereby gives notice that Plaintiff does not object to the dismissal of the John Doe Defendants herein and prays that this Court enter its proposed Default Judgment as set forth in its Order of May 22, 2020 in this matter.

DATED: May 22, 2020          Respectfully Submitted,

James A. Streett (2007092)
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030
James@StreettLaw.com

Joe P. Leniski, Jr. (TN Bar No. 22891)(PHV)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200

                                        Nashville, Tennessee 37203
                                        (615) 254-8801
                                        joeyl@bjsfirm.com

                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, James A. Streett, do hereby certify that a true and correct copy of the foregoing document has been sent this date, May 22, 2020, via U.S. Mail to the following:

    Mr. Rudolf Galan
    Ms. Adriana Galan
    85024-1250 Main Street
    Stittsville, ON Canada
    K2S 1X6

    Crystal Queen, Inc. d/b/a Crystal Training
    c/o Mr. Rudolf Galan
     85024-1250 Main Street
    Stittsville, ON Canada
    K2S 1X6