**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MCCALL LAW FIRM, PLLC, on behalf of itself and all**
**others similarly situated**                                                      **PLAINTIFF**

**v.**                                    **Case No. 4:15-cv-00737-KGB**

**CRYSTAL QUEEN, INC., doing business as Crystal Training,**
**RUDOLF GALAN, ADRIANA GALAN, and JOHN DOES**          **DEFENDANTS**

## DEFAULT JUDGMENT

For the reasons set forth in this Court's prior Order and the notice filed by plaintiff McCall Law Firm, PLLC, on behalf of itself and all others similarly situated ("McCall") (Dkt. Nos. 94, 95), this Court dismisses McCall's claims against the Doe defendants without prejudice and enters default judgment in favor of McCall against defendants Crystal Queen, Inc., doing business as Crystal Training ("Crystal Training"), Rudolf Galan, and Adriana Galan.

The Court awards McCall $1,500.00 in statutory damages against Crystal Training and permits McCall to pierce the veil of Crystal Training to thereby impose liability upon Rudolf Galan and Adriana Galan.  The Court also awards McCall $13,998.39 in reasonable attorneys' fees and costs.  Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest at a rate of .16% per year until judgment is paid in full.

It is so ordered this 31st day of May, 2020.

_____
Kristine G. Baker
United States District Judge